**IN the MATTER OF: The ESTATE OF Benjamin MAZZEI**

ED 102549

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: November 17, 2015

Irwin M. Roitman, 8008 Carondelet Avenue, Suite 112, Clayton, MO 63105, for Appellant.

Ira M. Berkowitz, 500 N. Skinker Blvd., St. Louis, MO 63130, for Respondent.

Before Lisa S. Van Amburg, C.J., Sherri B. Sullivan, J., and Kurt S. Odenwald, J.

### ORDER

PER CURIAM.

Karl Mazzei appeals from the probate court's judgment awarding a claim against Benjamin Mazzei's estate by Marysue J. Schaffer. We have reviewed the briefs of the parties and the record on appeal and conclude the probate court did not err in its judgment. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).